UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**ANDREW B. FINBERG, ESQ.**
**LAW OFFICES OF ANDREW B. FINBERG, LLC**
**525 Route 73 South, Ste. 200**
**Marlton, NJ 08053**
**(856)988-9055**
**Attorney for Debtor(s)**



Order Filed on May 23, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

**ISAAC A. MOORE, SR.**

Case No.: 17-18783

Adv. No.:

Hearing Date: May 23, 2017

Judge: Jerrold N. Poslusny, Jr.

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is
hereby **ORDERED**.

**DATED: May 23, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 2
**Debtor: Isaac A. Moore, Sr.**
**Case No: 17-18783**
**Caption of Order:**   Order Extending the Automatic Stay

---

Upon consideration of  the Debtors' Motion for Order to Extend the Automatic Stay Pursuant to 11

U.S.C.  §362(a) as to all creditors and good cause appearing therefore,  it is hereby;

**ORDERED** that the automatic stay is extended, effective immediately.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-18783-JNP
Isaac A. Moore, Sr.                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: May 23, 2017
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
db             +Isaac A. Moore, Sr.,    102 White Ash Avenue,    Sicklerville, NJ 08081-3431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
          Andrew B. Finberg    on behalf of Debtor Isaac A. Moore, Sr. andy@sjbankruptcylaw.com,
           abfecf@gmail.com;r39848@notify.bestcase.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 3