# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−18783−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Isaac A. Moore Sr.
   102 White Ash Avenue
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−2043

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            7/5/17
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 25, 2017
JAN: bed

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-18783-JNP
Isaac A. Moore, Sr.                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: May 25, 2017
                               Form ID: 132             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
db              +Isaac A. Moore, Sr.,    102 White Ash Avenue,    Sicklerville, NJ 08081-3431
516848118       +Antina E. Moore,    102 White Ash Avenue,    Sicklerville, NJ 08081-3431
516797086       ++FLAGSHIP RESORT,    60 NORTH MAINE AVENUE,    ATLANTIC CITY NJ 08401-5518
                 (address filed with court:  Flagship,   60 N. Maine Avenue,    Atlantic City, NJ 08401)
516797088       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC,    PO Box 619096,   Dallas, TX 75261-9741)
516797089        Shellpoint Mortgage Servicing,    PO Box 10826,   Greenville, SC 29603-0826
516797090       +Westgate,   2801 Old Winter Garden Road,    Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 25 2017 21:26:52     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 25 2017 21:26:51     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516797087        E-mail/Text: camanagement@mtb.com May 25 2017 21:26:49     M&T Bank,   PO Box 840,
                 Buffalo, NY 14240
                                                                                            TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Isaac A. Moore, Sr. andy@sjbankruptcylaw.com,
               abfecf@gmail.com;r39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               DEUTSCHE MORTGAGE SECURITIES, INC., MORTGAGE LOAN TRUST SERIES 2004-4 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4