

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:

Isaac A. Moore, Sr.

Case No.:     17-18783

Chapter:     13

Judge:     Poslusny

# ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, F, G, H
## OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: 5/25/17

/S/ Judge Jerrold N. Poslusny Jr.
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ____H____ or to the List of Creditors on ____05/25/2017____, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* __13__ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Isaac A. Moore, Sr.  
     Debtor

Case No. 17-18783-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: May 25, 2017  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.  
db            +Isaac A. Moore, Sr.,    102 White Ash Avenue,    Sicklerville, NJ 08081-3431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:  
         Andrew B. Finberg    on behalf of Debtor Isaac A. Moore, Sr. andy@sjbankruptcylaw.com, abfecf@gmail.com;r39848@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE MORTGAGE SECURITIES, INC., MORTGAGE LOAN TRUST SERIES 2004-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                       TOTAL: 4