DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J. Tracy, Esq. (ID #079152013)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-4, by its servicing agent M&T Bank

Order Filed on September 19, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

    ISAAC A. MOORE, SR.

              Debtor.

Case No.:   17-18783-JNP

Judge:   Hon. Jerrold N. Poslusny, Jr.

Chapter:   13

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

**AND CO-DEBTOR STAY**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: September 19, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J. Tracy, Esq. (ID #079152013)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-4, by its servicing agent M&T Bank

In Re:

ISAAC A. MOORE, SR.

Debtor.

Case No.: 17-18783-JNP

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter: 13

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

WHEREAS, HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-4, by its servicing agent M&T Bank (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1) and Section 1301, authorizing relief from automatic stay and co-debtor stay, herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the creditor and debtor hereby agree as follows:

1. That the debtor shall pay the post-petition default of $6,276.52 (Representing post-petition payments for the months of June 1, 2017 through September 1, 2017), while continuing regular monthly payments, by making a series of payments to the creditor as follows:

    (1) Debtor shall make one payment in the amount of $3,661.31 to the creditor no later than September 30, 2017;

(2) Debtor shall make one payment in the amount of $3,661.31 to the creditor no later than October 20, 2017;

(3) Debtor shall make one payment in the amount of $3,661.31 to the creditor no later than November 5, 2017;

2. That the debtor will continue to make the regular monthly payments pursuant to the terms of the Note and Mortgage in a timely fashion commencing with the payment due on or before December 1, 2017.

3. In the event debtor fails to make any payment called for in this Consent Order thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtors and counsel for debtors. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

4. The debtor shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay and co-debtor stay.

Richard J. Tracy, Esq.
Attorneys for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
Date: 9/19, 2017

Andrew B. Finberg, Esq.
Attorney for Debtor
Law Office of Andrew B. Finberg, LLC
525 Route 73 South, Suite 200
Marlton, New Jersey 08053
Date: 9-18, 2017