DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J. Tracy, Esq. (ID #079152013)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-4, by its servicing agent M&T Bank

Order Filed on September 19, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

    ISAAC A. MOORE, SR.

                  Debtor.

Case No.:    17-18783-JNP

Judge:    Hon. Jerrold N. Poslusny, Jr.

Chapter:    13

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: September 19, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J. Tracy, Esq. (ID #079152013)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
 (518) 786-9069
Attorneys for Creditor, HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-4, by its servicing agent M&T Bank

In Re:

ISAAC A. MOORE, SR.

Debtor.

Case No.: 17-18783-JNP

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter: 13

# CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

WHEREAS, HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-4, by its servicing agent M&T Bank (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1) and Section 1301, authorizing relief from automatic stay and co-debtor stay, herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the creditor and debtor hereby agree as follows:

1.     That the debtor shall pay the post-petition default of $6,276.52 (Representing post-petition payments for the months of June 1, 2017 through September 1, 2017), while continuing regular monthly payments, by making a series of payments to the creditor as follows:

    (1) Debtor shall make one payment in the amount of $3,661.31 to the creditor no later than September 30, 2017;

(2) Debtor shall make one payment in the amount of $3,661.31 to the creditor no later than October 20, 2017;

(3) Debtor shall make one payment in the amount of $3,661.31 to the creditor no later than November 5, 2017;

2. That the debtor will continue to make the regular monthly payments pursuant to the terms of the Note and Mortgage in a timely fashion commencing with the payment due on or before December 1, 2017.

3. In the event debtor fails to make any payment called for in this Consent Order thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtors and counsel for debtors. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

4. The debtor shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay and co-debtor stay.

_____
Richard J. Tracy, Esq.
Attorneys for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302

Date: 9/19, 2017

_____
Andrew B. Finberg, Esq.
Attorney for Debtor
Law Office of Andrew B. Finberg, LLC
525 Route 73 South, Suite 200
Marlton, New Jersey 08053

Date: 9-18, 2017

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-18783-JNP
Isaac A. Moore, Sr.                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Sep 19, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2017.
db           +Isaac A. Moore, Sr.,    102 White Ash Avenue,    Sicklerville, NJ 08081-3431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2017 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Isaac A. Moore, Sr. andy@sjbankruptcylaw.com,
               abfecf@gmail.com;r39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               DEUTSCHE MORTGAGE SECURITIES, INC., MORTGAGE LOAN TRUST SERIES 2004-4 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Richard James Tracy, III    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
               for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-4, by its servicing
               agent M&T Bank rtracy@schillerknapp.com,    tshariff@schillerknapp.com;kcollins@schillerknapp.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6