|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>ANDREW B. FINBERG, ESQ.<br>LAW OFFICES OF ANDREW B. FINBERG, LLC<br>525 ROUTE 73 SOUTH, SUITE 200<br>MARLTON, NEW JERSEY 08053<br>(856) 988-9055<br>Attorney for the Debtor(s) | Order Filed on October 19, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ISAAC A. MOORE, SR.<br><br>Debtor(s) | Case No.: 17-18783<br>Chapter: 13<br>Judge: JNP |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 19, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew B. Finberg_____, the applicant, is allowed a fee of $ ____400.00____ for services rendered and expenses in the amount of $_____ for a total of $____400.00____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1508.00____ per month for ____54____ months to allow for payment of the above fee.

*rev.8/1/15*