Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 17−18783−JNP
    Chapter: 13
    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Isaac A. Moore Sr.
  102 White Ash Avenue
  Sicklerville, NJ 08081

Social Security No.:
  xxx−xx−2043

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/9/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 9, 2018
JAN: cmf

                      Jeanne Naughton
                      Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                 Case No. 17-18783-JNP
Isaac A. Moore, Sr.                                                    Chapter 13
           Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2         Date Rcvd: Feb 09, 2018
                              Form ID: 148                Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db             +Isaac A. Moore, Sr.,    102 White Ash Avenue,    Sicklerville, NJ 08081-3431
cr             +THE BANK OF NEW YORK MELLON,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
cr             +The Bank Of New York Mellon,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516848118      +Antina E. Moore,    102 White Ash Avenue,    Sicklerville, NJ 08081-3431
516994037      +Apex Asset Management, LLC,    Virtua Health System WJ,    PO Box 5407,
                 Lancaster, PA 17606-5407
517021375      +Bank of America, N.A,    c/o Shellpoint Mortgage Servicing,    PO BOX 10826,
                 Greenville, SC 29603-0826
516797086     ++FLAGSHIP RESORT,    60 NORTH MAINE AVENUE,    ATLANTIC CITY NJ 08401-5518
                 (address filed with court: Flagship,    60 N. Maine Avenue,    Atlantic City, NJ 08401)
516797088     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
516797089      Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
516923179      +The Bank of New York Mellon,    Nationstar Mortgage LLC,    Attn: Bankruptcy Dept,
                 PO Box 619094,    Dallas, TX 75261-9094
516797090      +Westgate,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
516854773      +Westgate Vacation Villas, LLC,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2018 23:05:39      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2018 23:05:36      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516886849      +E-mail/Text: camanagement@mtb.com Feb 09 2018 23:05:25
                 HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE,FO,    C/O M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240-1288
516797087       E-mail/Text: camanagement@mtb.com Feb 09 2018 23:05:25      M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
516915885      +EDI: AIS.COM Feb 09 2018 22:48:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
              Andrew B. Finberg   on behalf of Debtor Isaac A. Moore, Sr. andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Denise E. Carlon   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               DEUTSCHE MORTGAGE SECURITIES, INC., MORTGAGE LOAN TRUST SERIES 2004-4 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Feb 09, 2018
                              Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Justin  Plean    on behalf of Creditor   The Bank Of New York Mellon bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;ras@ecf.courtdrive.com
        Laura M. Egerman    on behalf of Creditor   THE BANK OF NEW YORK MELLON bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
        Richard James Tracy, III    on behalf of Creditor   HSBC Bank USA, National Association as Trustee
         for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-4, by its servicing
         agent M&T Bank rtracy@schillerknapp.com,  tshariff@schillerknapp.com;kcollins@schillerknapp.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 8